UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   GEORGE WADE RICHARDSON<br>   APRIL RENEE RICHARDSON<br>                                        Debtors | CASE NO: 05-34451<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | GEORGE WADE RICHARDSON<br>712 EUCLID COURT<br>APT 4M<br>MIDDLETOWN, OH  45044 | 157.88 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service     05-34451

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

GEORGE WADE RICHARDSON
APRIL RENEE RICHARDSON
712 EUCLID COURT
APT 4M
MIDDLETOWN, OH  45044

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(29.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(25.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(28.1n)
LARA ARMSTRONG
%MCCALLA,RAYMER,PADR,COBB,NICH
1544 OLD ALABAMA, RD.
ROSWELL, GA  30076

(26.1n)
MCCALLA RAYMER LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____     cs